# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2178

_____

GEICO Casualty Company

*Plaintiff - Appellee*

v.

Danzell Walker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: December 16, 2019
Filed: December 23, 2019
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Danzell Walker appeals from the district court's[1] order denying his motion for summary judgment and granting GEICO Casualty Company's (GEICO's) cross-

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

motion for summary judgment in this diversity action filed by GEICO seeking a declaratory judgment relating to uninsured motorist coverage under an automobile policy.  After careful de novo review of the summary judgment record and the district court's interpretation of Missouri law, we conclude that the district court properly denied Walker's motion and granted GEICO's motion for the reasons stated in the district court's order.  See Patel v. LM Gen. Ins. Co., 922 F.3d 875, 876-78 (8th Cir. 2019) (interpreting relevant uninsured motorist provisions under Missouri law); Walden v. Smith, 427 S.W.3d 269, 274-85 (Mo. Ct. App. 2014) (same).

Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

_____